# In The United States District Court For The Middle District Of Florida

Richardo Albright,
Plantiff

v.

Jihadi John a/k/a Mohammed Emwazi;
ISIS a/k/a Islamic State Iraq Syria;
Hamas;
Christopher Cornell;
Jihad Jane;
Defendants

FILED
15 MAR -6 PM 12:15
CLERK, US...
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

Case No.

2:15-MC-5-FtM-29DNF

## Motion For Preliminary Injunction Tempory Restraining order. TRO
## 28 USC 1331

Comes Now, Richardo Albright, in pro-se on behalf of me, and the United States citizens in this Great Country we all live in Filer of this restraining order against the above mentioned defendants, who are known terrorists from ever coming to Ft. Myers - the Entire Middle district of Florida, and every bit of United States soil.

## Facts.

The following are the ~~facts based on the behaviors and conduct~~ of each of the defendants mentioned above and should be considered by this Honorable Court as true and fair. The Plantiff asks for this Motion to be granted on said Facts in the interest of Every American Citizen who resides in the United States of America, regarding their Safety, security, and peace of mind.

1.

As of Thursday Feb. 26, 2015 the alledged Islamic State militant known as Jihadi John who has appeared in numerous videos showing him beheading innocent people (hostages) was identified by Western officals as Mohammed Emwazi a British resident who was born in Kuwait, but then relocated to attend a British university. Emwazi, who has had several run ins with British authorities as well as British counterterrorism agents defected to Syria in 2012 and later joined ISIS. He sprang to notoriety after he appeared in several videos released by ISIS in Aug. of 2014 in which he was shown beheading several American and Foreign hostages. These are the facts regarding Emawazi a/k/a Jihadi John and its for these reasons the court should grant this motion in Plaintiffs Favor.

Next we have ISIS, (Islamic state), who are known to this Country and Her citizens as Muslim militants who are waging Jihad on any one who does not believe in their beliefs. These men are responsible for countless deaths of innocent men, women, and children. Their ability to lure thousands of Westeners is unprecedented in modern history and just may be its scariest success. What ever these rebels are in search of theres one thing for certain, their for real and they are not afraid to kill innocent people and its for that reason this court should grant this motion without delay.

Also theres the organization known as Hamas, these men are no diferent then ISIS and they to threaten the western's civilizations way of life and should be considered dangerous and prevented from entering and residing in this Great Country we all live in.

As for Christopher Cornell, this young man is not only a traitor, but the biggest Meat whistle Ive ever layed my blind eyes on.

2.

chance this little terrorist would wage Jihad on any one and every one he comes in contact with. What makes this Jihadést so dangerous is, he really is as dumb as he looks, which makes him more likely to fall for ISISés lure and join their ranks either here at home or abroad and for those reasons he should be put on a plane and sent to the nearest country 3rd world country, that is where we won't ever have to worry about the likes of him again, grant this motion and allow this countries citizens to sleep better at night. Knowing this Jihad looken little terrorist just may end up someones diner some time soon.

    Which brings us to the one who just may be the most dangerous of the bunch, Jihad Jane. What makes this Jihadést so dangerous is the fact, shes a women and has the ability to not only blend in with others, but lure others in to her maddness via her hot Box. At some point, if not stopped this nut will just possibly some day sooner suck one of this courts kids into her web of deciet. The question is how many of you want to take a chance that its not one of your own children she sinks her fangs into, grant this motion, stop the maddness before it starts. I leave you all with this, from the words of the great "JLR", if it looks like a duck and walks like a duck, shoot the flock...

Respectfuly, 2/27/15

Richardo Albright
LD2583
301 Institution Dr.
Bellefonte, Pa 16823

Richard [signature] JLR